AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

FID 2365516
CASE#2121-0525-1394-A

United States of America
v.

Willie Antonio Bass

*Defendant*

Case No. 1:19 CR 0113

**RECEIVED**

MAY 2 5 2021

U.S. Marshals Service
Savannah Georgia

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Willie Antonio Bass ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:

The United States Marshals Service had Willie Antonio BASS USMS #12749-021 in custody from 10/03/2019 until 09/09/2020 (342 days). USMS received BASS from GA DOC on a WRIT for case 1:19CR-00113. During this time BASS plead guilty and was sentenced to a 48 month term of imprisonment to be served consecutively to the imprisonment term BASS was currently serving in Richmond County Superior Court Docket Number 2005RCCR01255. On 09/09/2020 USMS had Lincoln County return BASS to the custody of GA DOC as a return WRIT. According to the GA DOC record BASS was released from GA DOC custody on 10/21/2020 at Coastal State Prison. GA DOC did not contact USMS. GA DOC did not contact BOP. At this time BASS still has a remaining sentence to be served on his federal conviction on case 1:19CR-00113. Accordingly, the Judgment and Committal (Doc 228 - attached and incorporated herein) in the instant case remains un-executed.

Date: 5/25/2021

*Issuing officer's signature*
J. Randal Hall, Chief Judge, US District Court

City and state: Augusta, GA

*Printed name and title*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

*Arresting officer's signature*

*Printed name and title*